# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRAD HAYNES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 21-cv-00329-FJG ) |
| UNION PACIFIC RAILROAD, | ) ) |
| Defendant. | ) |

## DESIGNATION OF MEDIATOR CERTIFICATION

Plaintiff, Brad Haynes, and Defendant, Union Pacific Railroad Company jointly designate William H. Sanders, Jr. to conduct the MAP mediation in this case. The mediation will be held on December 7, 2021, at the officers of Mr. Sanders, 40 Corporate Woods, Suite 1250, Overland Park, KS 66210.

        **Respectfully Submitted,**

        By: /s/ *James R. Fergeson*
        James R. Fergeson, *Pro Hac Vice*
        201 W. Broadway, Suite G12
        North Little Rock, AR 72114
        Jferguson.raillaw@gmail.com

        Steven L. Groves, Mo Bar #40827
        GROVES POWERS
        U.S. Bank Plaza
        505 N. 7th Street, #2010
        St. Louis, MO 63101
        *Attorneys for Plaintiff*

        AND

        By: /s/ *Kathryn A. Lewis*
        Kathryn A. Lewis, Mo Bar # 50821
        HALL & EVANS

1

1111 Main Street, Suite 700
Kansas City, MO 64105
Telephone: (816) 340-6785
Facsimile: (303) 628-3368
lewisk@hallevans.com

Sierra Poulson, *Pro Hac Vice*
UNION PACIFIC
1400 Douglass Street, Stop 1580
Omaha, NE 68179
Telephone: (402) 544-1320
spoulson@up.com
***Attorneys for Defendant***