## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| BRAD HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civil Action No. 21-cv-00329-FJG | |
| | ) | |
| UNION PACIFIC RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Keith M. Goman of the law firm Hall and Evans, LLC, hereby enters his appearance on behalf of Defendant UNION PACIFIC RAILROAD COMPANY in the above captioned matter.

Respectfully submitted,

HALL & EVANS, LLC

*/S/ Keith M. Goman*
Keith M. Goman, #68590
HALL & EVANS, LLC
1001 17TH St., Ste. 300
Denver, CO 80202
PHONE: (303) 628-3300
FAX: (303) 628-3368
gomank@hallevans.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2022, I filed the foregoing with the Clerk of the Court which will send notification of such filing to:

James R. Fergeson, *Pro Hac Vice*
201 W. Broadway, Suite G12
North Little Rock, AR 72114
Jferguson.raillaw@gmail.com

Steven L. Groves, Mo Bar #40827
GROVES POWERS
U.S. Bank Plaza
505 N. 7th Street, #2010
St. Louis, MO 63101
***Attorneys for Plaintiff***

/S/ *Keith M. Goman*____
Keith M. Goman