# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BRAD HAYNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-cv-00329-FJG |
| | ) |
| UNION PACIFIC RAILROAD, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW Defendant, by and through his undersigned counsel, hereby respectfully requests that the Court grant Kathryn A. Lewis leave to withdraw from representation of Defendant in this action. In support of this motion, Defendant state the following:

1. Kathryn A Lewis is no longer employed at Hall and Evans, LLC.

2. Defendant continues to be represented by Keith M. Goman of the law firm Hall and Evans, LLC.

WHEREFORE, Defendant respectfully requests that this Court grant leave for Kathryn A. Lewis to withdraw as counsel for Defendant and that he is removed from the service list for this action.

Respectfully submitted,

HALL & EVANS, LLC

*/S/ Kathryn A. Lewis*
Kathryn A. Lewis, #50821
1111 Main Street, Suite 700
Kansas City, MO 64105
816-340-6785

lewisk@hallevans.com

Keith M. Goman, #68590
HALL & EVANS, LLC
1001 17TH St., Ste. 300
Denver, CO 80202
PHONE: (303) 628-3300
FAX: (303) 628-3368
gomank@hallevans.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2022, I filed the foregoing with the Clerk of the Court which using the CM/ECF system which sent notification of such filing to all counsel of record.

/S/ *Kathryn A. Lewis*
Kathryn A. Lewis