IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

BRAD HAYNES,

    Plaintiff,

v.                                                               Civil Action No.: 21-cv-00329-FJG

UNION PACIFIC RAILROAD COMPANY

    Defendant.

## **STIPULATION OF DISMISSAL**

COMES NOW Plaintiff Brad Haynes and Defendant Union Pacific Railroad Company, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), through their respective counsel, and stipulate that all of Plaintiff's claims against Defendant Union Pacific Railroad Company, which have been made or could have been made in this action, are dismissed <u>with prejudice</u>, with each party to bear its own costs.

    DATED: February 14, 2022.


GROVES POWERS, LLC                                HALL & EVANS, LLC

<u>/s/ *Steven L. Groves*</u>                                 */s/ <u>Keith Goman</u>*
Steven L. Groves, #40827                        Keith Goman
U.S. Bank Plaza                                          1111 Main Street
505 N. 7th Street, #2010                          Suite 700
St. Louis. MO 63101                               Kansas City, MO 64105
Telephone: (314) 696-2300                  Telephone: (816) 340-6785
Facsimile: (314) 696- 2304                   Facsimile: (303) 628-3368
Email: sgroves@grovespowers.com        Email: lewisk@hallevans.com

1

And

*s/ James R. Ferguson*
Law Office of H. Chris Christy
201 W. Broadway, Ste. G12
North Little Rock, AR 72114
Telephone: 501-758-0278
Facsimile: 500-758-0480
Email: jferguson.raillaw@gmail.com

*Attorneys for Plaintiff*

And

*/s/ Sierra M. Poulson*
Union Pacific Railroad Company
1400 Douglas St., Stop 1580
Omaha, NE 68179
Telephone: 402-544-1320
Email: spoulson@up.com

*Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Missouri using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                       */s/ Steve L. Groves*
                                                       Attroney